# RETURN OF SERVICE

## UNITED STATES DISTRICT COURT
### District of Massachusetts

Case Number: 1:15-CV-11474-ADB

Plaintiff:
**JLI Invest S.A., et al.**
vs.
Defendant:
**Computershare Trust Company, N.A., et al.**

For:
Hirsch Roberts Weinstein LLP
24 Federal Street, 12th Floor
Boston, MA 02110

Received by Nationwide Legal Support, Inc. on the 23rd day of July, 2015 at 2:30 pm to be served on **Computershare Inc. c/o Stephen Cesso, 250 Royall Street, Canton, MA 02021**.

I, Cynthia Paris, do hereby affirm that on the **27th day of July, 2015** at **11:55 am**, I:

Served the within named company by delivering a true copy of the **Summons in a Civil Action; Amended Complaint; Civil Cover Sheet; Category Form; Corporate Disclosure Statement; Motion for Admission Pro Hac Vice; Declaration of Elizabeth Sperling; Declaration of Ethan Millar** to **Karen Carlson** as **Paralegal**, at the address of **250 Royall Street, Canton, MA 02021**

I certify that I am over the age of 18, have no interest in the above action, and am a Process Server, in good standing, in the judicial circuit in which the process was served. I declare under penalty of perjury under the laws of the state in which the process was served that the foregoing is true and correct.

Cynthia Paris
Process Server

Nationwide Legal Support, Inc.
Dba Eleanor's Nationwide Legal Support
18375 Ventura Blvd., Suite 440
Tarzana, CA 91356
(818) 774-9757
Our Job Serial Number: ENL-2015000706

Copyright © 1992-2011 Database Services, Inc. - Process Server's Toolbox V6.5n

# RETURN OF SERVICE

## UNITED STATES DISTRICT COURT
### District of Massachusetts

Case Number: 1:15-CV-11474-ADB

Plaintiff:
**JLI Invest S.A., et al.**

vs.

Defendant:
**Computershare Trust Company, N.A., et al.**

For:
Hirsch Roberts Weinstein LLP
24 Federal Street, 12th Floor
Boston, MA 02110

Received by Nationwide Legal Support, Inc. on the 23rd day of July, 2015 at 2:30 pm to be served on **Computershare Inc. c/o National Registered Agents, Inc., 160 Greentree Drive, Ste 101, Dover, DE 19904.**

I, Granville Morris, do hereby affirm that on the **27th day of July, 2015** at **2:00 pm, I:**

Served the within named company by delivering a true copy of the **Summons in a Civil Action; Amended Complaint; Civil Cover Sheet; Category Form; Corporate Disclosure Statement; Motion for Admission Pro Hac Vice; Declaration of Elizabeth Sperling; Declaration of Ethan Millar** to **Frances Burris** as **Authorized to Accept,** at the address of **160 Greentree Drive, Ste 101, Dover, DE 19904**

I certify that I am over the age of 18, have no interest in the above action, and am a Process Server, in good standing, in the judicial circuit in which the process was served. I declare under penalty of perjury under the laws of the state in which the process was served that the foregoing is true and correct.

**Granville Morris**
Process Server

**Nationwide Legal Support, Inc.**
Dba Eleanor's Nationwide Legal Support
18375 Ventura Blvd., Suite 440
Tarzana, CA 91356
(818) 774-9757
Our Job Serial Number: ENL-2015000705