# RETURN OF SERVICE

## UNITED STATES DISTRICT COURT
### District of Massachusetts

Case Number: 1:15-CV-11474-ADB

Plaintiff:
**JLI Invest S.A., et al.**

vs.

Defendant:
**Computershare Trust Company, N.A., et al.**

For:
Hirsch Roberts Weinstein LLP
24 Federal Street, 12th Floor
Boston, MA  02110

Received by Nationwide Legal Support, Inc. on the 23rd day of July, 2015 at 2:30 pm to be served on **idenix Pharmaceuticals, Inc. c/o Maria D. Stahl or President/Chief Executive Officer of other Authorized Agent, 320 Bent Street, Cambridge, MA 02141**.

I, Cynthia Paris, do hereby affirm that on the **27th day of July, 2015** at **2:10 pm**, I:

Served the within named company by delivering a true copy of the **Summons in a Civil Action; Amended Complaint; Civil Cover Sheet; Category Form; Corporate Disclosure Statement; Motion for Admission Pro Hac Vice; Declaration of Elizabeth Sperling; Declaration of Ethan Millar** to **Diane Simmons** as **Administrative Assistant**, at the address of **320 Bent Street, Cambridge, MA 02141**

I certify that I am over the age of 18, have no interest in the above action, and am a Process Server, in good standing, in the judicial circuit in which the process was served. I declare under penalty of perjury under the laws of the state in which the process was served that the foregoing is true and correct.

Cynthia Paris
Process Server

**Nationwide Legal Support, Inc.**
**Dba Eleanor's Nationwide Legal Support**
18375 Ventura Blvd., Suite 440
Tarzana, CA 91356
(818) 774-9757
Our Job Serial Number: ENL-2015000711

# RETURN OF SERVICE

## UNITED STATES DISTRICT COURT
## District of Massachusetts

Case Number: 1:15-CV-11474-ADB

Plaintiff:
**JLI Invest S.A., et al.**

vs.

Defendant:
**Computershare Trust Company, N.A., et al.**

For:
Hirsch Roberts Weinstein LLP
24 Federal Street, 12th Floor
Boston, MA 02110

Received by Nationwide Legal Support, Inc. on the 23rd day of July, 2015 at 2:30 pm to be served on **Idenix Pharmaceuticals, Inc. c/o The Corporation Trust Company, Corporation Trust Center, 1209 Orange Street, Wilmington, DE 19801**.

I, Denorris Britt, do hereby affirm that on the **24th day of July, 2015** at **3:30 pm, I:**

Served the within named company by delivering a true copy of the **Summons in a Civil Action; Amended Complaint; Civil Cover Sheet; Category Form; Corporate Disclosure Statement; Motion for Admission Pro Hac Vice; Declaration of Elizabeth Sperling; Declaration of Ethan Millar** to **Amy McLaren** as **Authorized to Accept**, at the address of **Corporation Trust Center, 1209 Orange Street, Wilmington, DE 19801**

I certify that I am over the age of 18, have no interest in the above action, and am a Process Server, in good standing, in the judicial circuit in which the process was served. I declare under penalty of perjury under the laws of the state in which the process was served that the foregoing is true and correct.

**Denorris Britt**
Process Server

Nationwide Legal Support, Inc.
Dba Eleanor's Nationwide Legal Support
18375 Ventura Blvd., Suite 440
Tarzana, CA 91356
(818) 774-9757
Our Job Serial Number: ENL-2015000710