UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JLI INVEST S.A., and LIN INVEST S.A.,<br><br>            Plaintiffs,<br><br>      v.<br><br>COMPUTERSHARE TRUST COMPANY, N.A., COMPUTERSHARE INC., COMPUTERSHARE INVESTOR SERVICES, LLC, IDENIX PHARMACEUTICALS, INC., MERCK & CO., INC., and IMPERIAL BLUE CORPORATION,<br><br>            Defendants. | CIVIL ACTION<br>NO. 15-cv-11474 |

**STIPULATION AS TO DEADLINE FOR DEFENDANTS TO ANSWER OR OTHERWISE RESPOND TO FIRST AMENDED COMPLAINT**

The undersigned parties hereby STIPULATE AND AGREE that the time for Defendants Computershare Trust Company, N.A., Computershare, Inc., Computershare Investor Services, LLC, Idenix Pharmaceuticals, Inc., Merck & Co., Inc., and Imperial Blue Corporation to answer or otherwise respond to the First Amended Complaint and Demand for Jury Trial in the above-captioned civil action is hereby extended until September 18, 2015.

Dated:  August 14, 2015

Respectfully submitted,

| | |
|---|---|
| JLI INVEST S.A., and LIN INVEST S.A, | COMPUTERSHARE TRUST COMPANY, N.A., COMPUTERSHARE, INC., and COMPUTERSHARE INVESTOR SERVICES, LLC, |
| By their attorneys, | By their attorneys, |
| /s/ Ethan D. Millar | /s/ Michael S. Gardener |
| Ethan D. Millar (Admitted *Pro Hac Vice*) | Michael S. Gardener (BBO # 185040) |
| Elizabeth A. Sperling (Admitted *Pro Hac Vice*) | Meredith M. Leary (BBO # 654211) |
| ALSTON & BIRD LLP | MINTZ, LEVIN, COHN, FERRIS, |
| 333 South Hope Street, 16th Floor |  GLOVSKY AND POPEO, P.C. |
| Los Angeles, CA 90071-1410 | One Financial Center |
| Tel:  (213) 576-1000 | Boston, MA  02111 |
| *ethan.millar@alston.com* | Tel:  (617) 542-6000 |
| *elizabeth.sperling@alston.com* | Fax:  (617) 542-2241 |
| | *MSGardener@mintz.com* |
| and | *MMLeary@mintz.com* |
| Scott A. Roberts (BBO # 550732) | IDENIX PHARMACEUTICALS, INC. |
| HIRSCH ROBERTS WEINSTEIN, LLP | MERCK & CO., INC. and |
| 24 Federal Street, 12th Floor | IMPERIAL BLUE CORPORATION, |
| Boston, MA 02110 | |
| Tel:  (617) 348-4300 | By their attorneys, |
| sroberts@hrwlawyers.com | |
| | /s/ Neil G. McGaraghan |
| | Neil G. McGaraghan (BBO # 649704) |
| | MORGAN, LEWIS & BOCKIUS LLP |
| | One Federal Street |
| | Boston, MA 02110-1726 |
| | Tel: (617) 951-8121 |
| | Fax: (617)341-7701 |
| | neil.mcgaraghan@morganlewis.com |

3

It is SO ORDERED this ___ day of _____, 2015.

_____
Hon. Allison D. Burroughs
United States District Judge

## **CERTIFICATE OF SERVICE**

      The undersigned certifies that this document was filed through the ECF system and will be served upon counsel for all parties through the ECF system this 14th day of August, 2015.

                                 /s/ Michael S. Gardener
                                 Michael S. Gardener